# Court of Appeals
# of the State of Georgia

ATLANTA,  April 20, 2021

*The Court of Appeals hereby passes the following order:*

## A21E0042. WILLIAM CASH v. TORI ROZELL.

William Cash has filed an emergency motion for supersedeas, under Court of Appeals Rule 40 (b), to stay the lower court order on a petition for stalking temporary protective order pending appeal. This Court's Rule 40 (b) emergency powers are limited and intended to be used sparingly. Rule 40 (b) provides, in relevant part, that we may only "issue such orders or give direction to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot."

In this case, Cash has an existing appellate remedy, and, upon review of the submitted material, this Court finds that an emergency order of supersedeas is not warranted. Accordingly, Cash's emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/20/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
, *Clerk.*